IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02319-WYD-NYW

DEMPSEY BOLES,

    Plaintiff,

v.

APARTMENT AND CONDOMINIUM CONCEPTS UNLIMITED, INC. d/b/a ACCU, INC.,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice (ECF No. 23).  After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice, each party to bear its own fees and costs.  Accordingly, it is

ORDERED that the parties' Stipulation for Dismissal With Prejudice (ECF No. 23) is **APPROVED**.  This matter is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

Dated:  April 1, 2016

                                                      BY THE COURT:

                                                      s/ Wiley Y. Daniel
                                                      Wiley Y. Daniel,
                                                      Senior United States District Judge